PER CURIAM.
Affirmed. See Delray Beach Aviation Corp. v. Mooney Aircraft, Inc., 332 F.2d 135 (5th Cir.), cert. denied, 379 U.S. 915, 85 S.Ct. 262, 13 L.Ed.2d 185 (1964); Canron Corp. v. Holt, 444 So.2d 529 (Fla. 1st DCA 1984); Lacy v. Force V Corp., 403 So.2d 1050 (Fla. 1st DCA 1981); Dublin Co. v. *519 Peninsular Supply Co., 309 So.2d 207 (Fla. 4th DCA 1975); Deere & Co. v. Watts, 148 So.2d 529 (Fla. 3d DCA), dismissed, 157 So.2d 813 (Fla.1963); § 48.193(1)(a), Fla.Stat. (1983).